

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00300-CV

SUMMIT INDUSTRIAL CONSTRUCTION LLC, Appellant

V.

UTICA EAST OHIO MIDSTREAM, LLC, Appellee

Appeal from the 190th District Court of Harris County. (Tr. Ct. No. 2015-03174).

Appellant Summit Industrial Construction LLC has filed a motion to dismiss the appeal. After due consideration, the Court **grants** the motion to dismiss. Accordingly, the Court **dismisses** the appeal.

The Court orders that Summit Industrial Construction LLC pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 17, 2015.

Panel consists of Justices Higley, Huddle, and Lloyd.